

| | | | |
|---|---|---|---|
| Com. v. Merwarth | 126 EDA 2016<br>Affirmed | 12/19/2016 | CP–39–CR–0000047–2014<br>(Lehigh) |
| Com. v. Holiday | 434 EDA 2016<br>Affirmed | 12/19/2016 | CP–51–CR–0609671–1997<br>(Philadelphia) |
| Com. v. Castillo | 1170 EDA 2016<br>Affirmed | 12/19/2016 | CP–39–CR–0000609–1984<br>(Lehigh) |
| In the Interest of: M.M.C. | 1178 EDA 2016<br>Affirmed | 12/19/2016 | CP–51–AP–0000592–2015<br>(Philadelphia) |
| In the Interest of: M.A.C. | 1179 EDA 2016<br>Affirmed | 12/19/2016 | CP–51–AP–0000591–2015<br>(Philadelphia) |
| In the Interest of: A.J.B. | 1571 EDA 2016<br>Affirmed | 12/19/2016 | CP–51–AP–0000793–2015<br>(Philadelphia) |
| Com. v. Pagan | 505 MDA 2016<br>Affirmed | 12/19/2016 | CP–06–CR–0004619–2012<br>(Berks) |
| Com. v. Sanchez | 540 MDA 2016<br>Affirmed | 12/19/2016 | CP–36–CR–0001085–2014<br>CP–36–CR–0004964–2012<br>(Lancaster) |
| Com. v. Appler | 582 MDA 2016<br>Affirmed | 12/19/2016 | CP–36–CR–0001167–2012<br>CP–36–CR–0001173–2012<br>CP–36–CR–0001177–2012<br>(Lancaster) |
| Com. v. Dones | 708 MDA 2016<br>Affirmed | 12/19/2016 | CP–22–CR–0001228–2015<br>(Dauphin) |
| In the Interest of: M.W.R.R. | 1028 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 12/19/2016 | 023–AD–2016<br>CP–22–DP–67–2014<br>(Dauphin) |
| In the Int. of A.K.P.; Appeal of A.L.P. | 1308 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 12/19/2016 | 84598<br>(Berks) |
| In the Int. of A.P.; Appeal of A.S. | 1334 MDA 2016<br>Affirmed | 12/19/2016 | CP–31–OC–12–2016<br>(Huntingdon) |
| Com. v. Paris | 413 WDA 2015<br>Affirmed | 12/19/2016 | CP–02–CR–0005727–2014<br>(Allegheny) |